CINCINNATI BAR ASSOCIATION *v.* FEHLER-SCHULTZ.

[Cite as *Cincinnati Bar Assn. v. Fehler-Schultz* (1992), 64 Ohio St.3d 452.]

(No. 92–417—Submitted June 2, 1992—Decided September 2, 1992.)

*Gates T. Richards, Thomas M. Tepe* and *Edwin W. Patterson III*, for relator.

*Charles W. Kettlewell*, for respondent.

*Per Curiam.* We have thoroughly reviewed the record and agree with the board's findings of fact and conclusions of law. We also agree with the board's recommendation and are not persuaded by respondent's objections thereto. Thus, we order that respondent be indefinitely suspended from the practice of law in Ohio, consistent with the board's recommendation. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.